# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:07-00221 |
| ) | Judge Trauger |
| HAROLD STAFFORD ) | |

## O R D E R

For some reason, the court's file does not contain Exhibits 35, 36 and 37, all of which were admitted at the trial of this case in February of 2009. Those three, multi-part exhibits are relevant to the petitioner's claims in *Stafford v. United States of America*, 3:12-cv-0909. It is hereby **ORDERED** that the government shall file copies of Exhibits 35, 36 and 37 as soon as reasonably possible.

It is so **ORDERED**.

ENTER this 7th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge